AMERICAN PROTECTIVE TARIFF LEAGUE, Appellant, v. BARBER, Respondent. (No. 5808.) (Supreme Court, Appellate Division, First Department. May 8, 1914.) Appeal from Special Term, New York County. Action by the American Protective Tariff League against Ohio C. Barber. From an order directing it to serve reply, plaintiff appeals. Modified and affirmed. George W. Carr, of New York City, for appellant. Robert G. Starr, of New York City, for respondent.

PER CURIAM. The order should be modified, by inserting a provision that the service of the reply shall not affect the date of issue or the position of the cause on the calendar, and, as so modified, affirmed, with $10 costs and disbursements to the respondent.

---

ANGRISANI, Respondent, v. CANTONI, Appellant. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by Antonio Angrisani against Andrew S. Cantoni. No opinion. Judgment and order of the County Court of Queens County unanimously affirmed, with costs.

---

ANTHONY & JONES CO., Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1914.) Action by the Anthony & Jones Company against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

---

ANZALDO, Respondent, v. RINI, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by Michael Anzaldo against Mariantonia Rini. No opinion. Orders affirmed, with $10 costs and disbursements.

---

ARMSTED, Respondent, v. ROBINSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 13, 1914.) Action by Charles A. Armsted against Emery A. Robinson. No opinion. Order reversed, with $10 costs and disbursements, and case remitted to the County Court to pass upon the appeal, upon the authority of Sperry v. Reynolds, 65 N. Y. 179.

---

ARMSTRONG v. ERIE R. CO. (Supreme Court, Appellate Division, Fourth Department. March 25, 1914.) Action by Laura Armstrong, as administratrix, etc., against the Erie Railroad Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

---

BABLOVE et al. v. ALPERN. (No. 5679.) (Supreme Court, Appellate Division, First Department. April 24, 1914.) Appeal from Trial Term, New York County. Action by Louis I. Bablove and another against Julius Alpern.

From a judgment for defendant, and an order denying a new trial, plaintiffs appeal. Judgment and order reversed, and new trial ordered. George Ryall, of New York City, for appellants. Edward W. Drucker, of New York City, for respondent.

PER CURIAM. The verdict is so clearly against the weight of the evidence that we cannot permit it to stand. The judgment and order should be reversed, and a new trial ordered, with costs to appellants to abide the event.

---

In re BAKER. (Supreme Court, Appellate Division, Second Department. March 27, 1914.) In the matter of the application of Frank C. Baker to have his name stricken from the roll of attorneys of this court. No opinion. Application granted.

---

BAKER, Respondent, v. WILSON, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 17, 1914.) Action by Thomas S. Baker against Harley P. Wilson, impleaded with others. A. L. Davis, of New York City, for appellant. H. J. Roig, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. Order filed.

---

BAKER, Respondent, v. YOAKUM, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 17, 1914.) Action by Thomas S. Baker against Benjamin F. Yoakum, impleaded with others. E. P. Foster, of New York City, for appellant. H. J. Roig, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. Order filed.

---

BARCALO MFG. CO., Respondent, v. MALDONADO & CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914). Action by the Barcalo Manufacturing Company against Maldonado & Co. No opinion. Judgment affirmed, with costs. See, also, 143 App. Div. 920, 127 N. Y. Supp. 1110.

---

BARNES et al., Appellants, v. MIDLAND R. TERMINAL CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 18, 1914.) Action by Sarah H. Barnes and others against the Midland Railroad Terminal Company. No opinion. Motion granted. Order resettled and signed. See, also, 146 N. Y. Supp. 1033.

---

BARNETT, Respondent, v. OTTO HUBER BREWERY, Appellant. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by Truman D. Barnett against

the Otto Huber Brewery. No opinion. Judgment and order unanimously affirmed, with costs.

BARON, Appellant, v. ALBRIGHT, Respondent, et al. (Supreme Court, Appellate Division, First Department. May 15, 1914.) Action by Saul J. Baron against Andrew Albright, Jr., impleaded with others. S. J. Baron, of New York City, for appellant. C. T. Terry, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BARSUCH, Appellant, v. PFENNINGER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by Frederick Barsuch against August Pfenninger and another. No opinion. Judgment affirmed, with costs.

BARTLETT v. HARRIS · et al. BARTLETT et al. v. SHERIFF. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Actions by Mortimer Bartlett against John E. Harris and others, and by Mortimer Bartlett and others against the Sheriff, etc. F. P. Ufford, of New York City, for appellants. A. Blumenstiel, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BAY et al., Respondents, v. O'BRIEN, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Alois Bay and others against Maria A. O'Brien. F. Hulse, of New York City, for appellant. L. Scheuer, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

BEACH, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1914.) Action by Leah Beach against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment of County Court and judgment of Justice's Court reversed, with costs in all courts to appellant. Held, that the plaintiff failed to establish any actionable negligence against the defendant.

In re BELFORD. (Supreme Court, Appellate Division, Second Department. April 17, 1914.) In the matter of the application of Edward J. Belford for a writ of mandamus directed to Alfred E. Steers, as President of the Borough of Brooklyn, and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 146 N. Y. Supp. 1083.

BELL, Respondent, v. NEW YORK HERALD CO., Appellant. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Josephine D. Bell against the New York Herald Company. R. W. Candler, of New York City, for appellant. W. H. Hamilton, of New York City, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $2,000, in which event judgment, as so modified, and order appealed from, affirmed, without costs. Settle order on notice.

BEMISH, Respondent, v. SALMON, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by Richard W. Bemish against Charles Salmon. No opinion. Appeal dismissed, without costs, upon stipulation filed.

BENNETT, Appellant, v. DIX et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 13, 1914.) Action by Horace L. Bennett against John Adams Dix and others. No opinion. Order affirmed, with $10 costs and disbursements, upon the authority of Herzog v. Marx, 58 Misc. Rep. 356, 110 N. Y. Supp. 1039, and Howell v. Wallace, 37 App. Div. 323, 56 N. Y. Supp. 280, without prejudice to an application by the plaintiff, if so advised, to settle issues for trial by jury.

In re BENSEL et al., Board of Water Supply. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) In the matter of the application and petition of John A. Bensel and others, constituting the Board of Water Supply of the City of New York, to acquire real estate, etc. Southern Aqueduct Department, Section No. 15. Claim of Kensico Cemetery.

PER CURIAM. Appellants' efforts to settle the record without unnecessary printing, so as to raise the proper questions on appeal, have involved consultations and arrangements with the two other parties, including the corporation counsel of the city of New York, so that the delays hitherto are apparently excused. The motion to dismiss the appeal is therefore denied, with liberty to renew if the appeal record is not arranged by stipulation or duly settled by Justice Tompkins within a reasonable time.

BERNSTEIN, Respondent, v. FRIEND, Appellant. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Esther Bernstein against Isaac Friend.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, upon the ground that it was not the intention of this court to authorize an amendment to the complaint stating a new cause of action. The plaintiff may move at Special Term for leave to make such an amendment, upon terms to be fixed by that court. See, also, 158 App. Div. 902, 142 N. Y. Supp. 1109.

BERRY, Appellant, v. BERRY, Respondent. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Belle G. Berry against Mary C. Berry. F. J. Ryan, of New York City, for appellant. F. S. Moore, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BERWICK, Respondent, v. MARTIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 10, 1914.)